August 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN RE: AIDYN ROCHER, AN ADULT

### NO. 14-15-00462-CV

_____

This cause, an appeal from the trial court's order granting a name change but denying a change in gender designation, signed May 6, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We therefore order the trial court's order **AFFIRMED**.

We order appellant, Alex Winston Hunter, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.